n/a

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC# ___ / DATE FILED: 1/29/2020

| | |
|---|---|
| UNITED STATES OF AMERICA, | ~~PROPOSED~~ ORDER |
| v. | 19 CR. 663 (ER) |
| DAVID LIRANZO SANTANA, Defendant. | |

## ORDER TEMPORARILY MODIFYING DEFENDANT'S BAIL CONDITIONS

**IT IS ORDERED** that Defendant David Liranzo Santana's bail conditions are temporarily modified to allow him to travel to his sister's home at 126 Locust Drive, East Stroudsburg, Pennsylvania, with his wife and children from Friday, January 30, 2020, through Sunday, February 1, 2020.

Dated: New York, New York
   January 28, 2020

**SO ORDERED:**

_____ 1/29/20
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York