USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID LIRANZO SANTANA,<br>Defendant. | ~~PROPOSED~~ ORDER<br><br>19 CR. 663 (ER) |

**ORDER TEMPORARILY MODIFYING DEFENDANT'S BAIL CONDITIONS**

**IT IS ORDERED** that Defendant David Liranzo Santana's bail conditions are temporarily modified to allow him to travel to his sister's home at 126 Locust Drive, East Stroudsburg, Pennsylvania, with his wife and children from Thursday, February 20, 2020, through Sunday, February 23, 2020.

Dated: New York, New York
February 20, 2020

**SO ORDERED:**

_____
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York