USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __3/29/2022__

Case 1:19-cr-00663-ER   Document 134   Filed 03/29/22   Page 1 of 1

**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*

*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

March 29, 2022

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Mr. Liranzo's surrender date is extended to April 20, 2022.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __3/29/2022__
> New York, New York

Re:  *United States v. David Liranzo*
     19 Cr. 663 (ER)

Dear Judge Ramos:

      Please recall that I represent Mr. David Liranzo in the above-referenced matter. On February 16, 2022, Your Honor sentenced Mr. Liranzo to a term of incarceration of 48 months and ordered that he surrender himself prior to 2:00 p.m. on March 30, 2022, to an institution designated by the Bureau of Prisons ("BOP"). Today, Mr. Liranzo contacted our firm regarding his surrender date and advised that he has not yet been designated by the BOP. Similarly, we have not heard anything from the BOP with regard to a surrender location. Therefore, in the event that Mr. Liranzo is not designated by today, March 29, 2022 at 5:00 p.m., I respectfully request that Your Honor postpone Mr. Liranzo's surrender date until the BOP is able to designate him.
.

Respectfully submitted,

Mark I. Cohen

MIC/gmf

Cc:  A.U.S.A. Nicholas Chiuchiolo (via ECF)
     Mr. David Liranzo (via email)